**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1694**

MONIFA A. GETHERS,

        Plaintiff - Appellant,

    v.

SHERIFF DONNIE HARRISON; WAKE COUNTY SHERIFF SURETY,

        Defendants – Appellees,

    and

WAKE COUNTY SHERIFF'S OFFICE,

        Defendant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Senior District Judge. (5:12-cv-00430-F)

Submitted: December 15, 2014    Decided: December 18, 2014

Before WILKINSON and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony James Cuticchia, Jr., AJC LEGAL SERVICES, Raleigh, North Carolina, for Appellant. Roger A. Askew, Jennifer M. Jones, WAKE COUNTY ATTORNEY'S OFFICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monifa A. Gethers appeals the district court's order granting summary judgment to Appellees in her civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-2(a)(1) (2012).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Gethers v. Harrison, No. 5:12-cv-00430-F (E.D.N.C. June 12, 2014)  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED